```
Tara J. Schleicher, WSBA #26884          Judge: Mary Jo Heston
Farleigh Wada Witt                       Chapter 7
121 SW Morrison Street, Suite 600
Portland, OR 97204
Telephone: (503) 228-6044
TSchleicher@fwwlaw.com

   Attorneys for Defendant National Collegiate Trust #2007-2
```

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>BRADLEY SCOTT RUSH,<br>JESSICA LAUREN RUSH<br><br>                Debtors.<br><br>BRADLEY SCOTT RUSH,<br>and JESSICA LAUREN RUSH<br><br>                Plaintiffs,<br><br>                v.<br><br>Wells Fargo Education Services, et al.,<br><br>                Defendants. | Case No. 16-43787-PBS<br><br>Adversary Proceeding<br>Case No. 16-04148-MJH<br><br><br>STIPULATED MOTION FOR ENTRY<br>OF JUDGMENT |

       NOW COMES Defendant, National Collegiate Trust #2007-2 ("NCT"), by and through its attorney, Tara J. Schleicher, and Plaintiffs Bradley Scott Rush and Jessica Lauren Rush ("Plaintiffs") by and through their attorney, Richard D Granvold, and hereby stipulate and agree as follows:

       1.    The debt due and owing by Plaintiffs to NCT is nondischargeable pursuant to 11 U.S.C. Section 523(a)(8) of the United States Bankruptcy Code in the amount of $8,000

Page 1 of 5 – STIPULATED MOTION FOR ENTRY OF JUDGMENT
P:\DOCS\WWR\36128\PLDG\3RK5910.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-04148-BDL   Doc 45   Filed 12/27/17   Ent. 12/27/17 11:35:37   Pg. 1 of 5

together with interest at the statutory rate of 5% per annum from the date of judgment. The remainder of the debt (in the approximate amount of $16,087) is discharged under 11 U.S.C. Section 727.

2. Plaintiffs agree to pay the principal sum of $8,000 together with interest at 0% per annum from the date of judgment at $25 per month for 48 months and then $95 per month for 72 months. The first payment is due on January 15, 2018 and then payments are due on or before the 15th day of each month thereafter, until such time as $8,000 has been paid.

3. Execution on the judgment shall be stayed against Plaintiffs provided Plaintiffs pay timely and in accordance with paragraph two (2) of this Motion. As long as timely payments are made, the payments shall apply to the sum of $8,000 and all interest plus remaining principal and costs shall be waived.

4. All payments should **include the WWR# 21337545** and be made payable to and forwarded to**:**

> National Collegiate Trust
> c/o Weltman, Weinberg & Reis Co., LPA
> P.O. Box 93596
> Cleveland, OH 44101-5596

In lieu of sending payments via mail, Debtor/Plaintiffs can make telephone payments or set up an automatic ACH payment schedule, by contacting Weltman, Weinberg & Reis at 1-(877) 255-6111.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page 2 of 5 – STIPULATED MOTION FOR ENTRY OF JUDGMENT
P:\DOCS\WWR\36128\PLDG\3RK5910.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-04148-BDL    Doc 45    Filed 12/27/17    Ent. 12/27/17 11:35:37    Pg. 2 of 5

1   5. Should Plaintiffs default in any provision of this Agreement or default in
2   the repayment of the debt at any time, then the full amount of the nondischargeable balance with
3   credit for payments made shall become immediately due and owing, with interest accrued from
4   the date of judgment, and NCT is free to exercise its rights in accordance with state law.
5   **IT IS SO STIPULATED:**

7   /s/ Tara J. Schleicher                    /s/ Richard D Granvold
    Tara J. Schleicher, WSBA #26884           Richard D Granvold, WSBA #16903
8   Farleigh Wada Witt                        Law Office of Richard D Granvold PS
    121 SW Morrison St Ste 600                31620 23rd Ave S Ste 205
9   Portland, OR 97204-3136                   Federal Way, WA 98003
    Tel: 503-228-6044                         Tel: 253-945-6062
10  Attorney for National Collegiate Trust    Attorney for Plaintiff
    Date: December 18, 2017                   Date: December 18, 2017

Page 3 of 5 – STIPULATED MOTION FOR ENTRY OF JUDGMENT
P:\DOCS\WWR\36128\PLDG\3RK5910.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-04148-BDL    Doc 45    Filed 12/27/17    Ent. 12/27/17 11:35:37    Pg. 3 of 5

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the STIPULATED MOTION FOR ENTRY OF JUDGMENT postage prepaid, regular first class mail on the December 27, 2017, to the following parties:

Richard D Granvold
Law Office of Richard D Granvold PS
31620 23rd Ave S Ste 205
Federal Way, WA 98003
*Attorney for Plaintiffs*

John Anthony McIntosh
Schweet Linde & Coulson, PLLC
575 S Michigan St
Seattle, WA 98108-3316
*Attorney for Defendant Wells Fargo Education Services*

Daniel J Bugbee
DBS Law
155 NE 100th Street
Suite 205
Seattle, WA 98125
*Attorney for Educational Credit Management Corporation*

Aditi Paranjpye
US Attorney's Office
700 Stewart St, Ste 5220
Seattle, WA 98101
*Attorney for United States Department of Education*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

Page 4 of 5 – STIPULATED MOTION FOR ENTRY OF JUDGMENT
P:\DOCS\WWR\36128\PLDG\3RK5910.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-04148-BDL    Doc 45    Filed 12/27/17    Ent. 12/27/17 11:35:37    Pg. 4 of 5

| | |
|---|---|
| 1 | Pooja Faldu Dave |
| | USDOJ, U.S. Attorney's Office |
| 2 | 700 Stewart Street |
| | Suite 5220 |
| 3 | Seattle, WA 98101 |
| 4 | *Attorney for United States of America* |
| 5 | |
| 6 | Dated: December 15, 2017. |
| 7 | FARLEIGH WADA WITT |
| 8 | |
| 9 | |
| 10 | By: /s/ Tara J. Schleicher |
| | Tara J. Schleicher, WSBA #26884 |
| | (503) 228-6044 |
| 11 | tschleicher@fwwlaw.com |
| | Of Attorneys for National Collegiate |
| 12 | Student Loan Trust 2007-2 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Page 5 of 5 – STIPULATED MOTION FOR ENTRY OF JUDGMENT
P:\DOCS\WWR\36128\PLDG\3RK5910.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Case 16-04148-BDL    Doc 45    Filed 12/27/17    Ent. 12/27/17 11:35:37    Pg. 5 of 5